FELICE JOHN VITI, Acting United States Attorney (#7007)
SETH NIELSEN, Assistant United States Attorney (#13823)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (385) 232-5763
Email: Seth.Nielsen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL EDWIN MENDEZ FRANCO, and<br><br>ARNULFO RUIZ MENDEZ,<br><br>Defendants. | Case No. 2:25mj958 CMR<br><br>COMPLAINT<br><br>COUNT 1: Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. § 841(a)(1)<br><br>Judge Cecilia M. Romero |

Before Judge Cecilia M. Romero, United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

**COUNT 1**
**21 U.S.C. § 841(a)(1)**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about October 11, 2025, in the District of Utah,

GABRIEL EDWIN MENDEZ FRANCO, and
ARNULFO RUIZ MENDEZ,

defendant/defendants herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

This Complaint is made on the basis of investigation described in the affidavit below, and with the following elements for the charged count as follows:

The elements of Count 1, a violation of 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute, are:

a. The defendants possessed a mixture or substance containing Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;
b. They did so knowingly and intentionally;
c. At the time the defendants possessed the mixture or substance containing Methamphetamine, they intended to distribute it; and
d. The amount of Methamphetamine they intended to distribute was 500 grams or more.

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, Kevin Dalrymple, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am currently assigned to the FBI Wasatch Metro Drug Task Force (WMDTF) and am tasked with investigating street gangs and drug trafficking in the District of Utah.

2. Beginning in or about the month of October 2025, the FBI WMDTF initiated a criminal investigation into GABRIEL EDWIN MENDEZ FRANCO ("FRANCO"), ARNULFO RUIZ MENDEZ ("MENDEZ") and other members of a drug trafficking organization ("DTO") that were believed to be distributing large quantities of narcotics in the District of Utah.

3. On or about October 11, 2025, a confidential source ("CS1"[1]) advised the FBI

[1] CS1 is cooperating with law enforcement for monetary compensation. Investigators consider the information received from CS1 to be accurate and reliable. CS1 has minimal criminal history. CS1 has never provided information that has been found to be false or misleading. WMDTF investigators have also verified information provided by CS1 in this investigation through independent sources, including surveillance, registered owner checks on vehicles and addresses used by the suspect(s), criminal history checks on the suspects, and information received from other sources of information. Based on conversations with CS1, CS1 appears to be knowledgeable in the sale and distribution of controlled substances.

WMDTF that he/she learned that a large quantity of methamphetamine had been transported to Utah by couriers working for the DTO. CS1 also learned that the couriers would be staying at a hotel in Davis County, Utah. A known associate of the DTO provided CS1 the telephone number for one of the couriers and directed CS1 to contact the courier to assist in finding a hotel and offloading the methamphetamine.

4. Thereafter, an undercover officer ("UCO1") communicated with the courier(s) through the provided telephone number and confirmed the hotel location. Shortly after, agents-initiated surveillance at the hotel in an attempt to identify the courier(s). Based on surveillance, agents were able to identify the suspected couriers, FRANCO and MENDEZ, their hotel room, and vehicle.

5. Eventually, agents secured both FRANCO and MENDEZ outside of the hotel for further investigation. Simultaneously, a Layton City Police Officer deployed his certified K9 on the vehicle parked at the hotel. The Officer advised that he had received a positive indication for the odor of narcotics on the vehicle. Agents then conducted a search of the vehicle. During that search of the vehicle agents located approximately 25,477.36 grams (package weight) of suspected methamphetamine. The suspected methamphetamine later field-tested positive as Methamphetamine.

6. During separate post-*Miranda* interviews, both FRANCO and MENDEZ provided consent for agents to search their hotel room. Both FRANCO and MENDEZ advised that they had traveled to Utah from Arizona in the same vehicle. Both admitted that they were each aware that a load of Methamphetamine was inside of the vehicle. FRANCO stated that he was asked to drive with MENDEZ to Utah and would be paid $1000 for his assistance. MENDEZ stated that he transported the load of Methamphetamine to Utah and would make

$4000 for his services. MENDEZ admitted that he intended to provide the Methamphetamine to a customer upon arrival in Utah.

7. Based on training and experience, I know that the quantity of Methamphetamine seized from FRANCO and MENDEZ is consistent with distribution as opposed to personal use.

Based on the foregoing information, I respectfully request an arrest warrant be issued for FRANCO and MENDEZ for violations of 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute.

/s/ *Kevin Dalrymple*

Kevin Dalrymple
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 14th day of October 2025.

Cecilia M. Romero

Judge Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM:

FELICE JOHN VITI
Acting United States Attorney

/s/ *Seth Nielsen*

Seth Nielsen
Assistant United States Attorney